# EXHIBIT "A"



